IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO BUSH, | ) |
| | ) |
| Petitioner, | ) NO. 3:07-00630 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| STEPHEN DOTSON, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion for summary judgment (Docket Entry No. 52) is **GRANTED**, and the Petitioner's motion for summary judgment (Docket Entry No. 49) and petition for the writ of habeas corpus are **DENIED**. This action is **DISMISSED with prejudice**. Petitioner is **GRANTED** a Certificate of Appealability on his sufficiency of the evidence claim.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge